IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSH HOWARD                                          PLAINTIFF

v.                      No. 3:21-cv-94-DPM

WESTROCK COMPANY and
JOHN DOES, A–Z and Entities A–Z            DEFENDANTS

### JUDGMENT

Howard's complaint is dismissed with prejudice. The Court retains jurisdiction until 26 May 2023 to enforce the parties' settlement.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 March 2023